IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. SHAWNA LEANNE JONES,

    Defendant.

_____

**ORDER**
_____

In accordance with the government's Motion to Dismiss Indictment Against Shawna Leanne Jones Only and Motion to Refer Case to Magistrate Judge, and upon information that the defendant entered into a guilty plea to a misdemeaor today before a magistrate judge, it is ordered that the indictment as to Shawna Leane Jones is dismissed. It is further ordered that the defendant's Motion to Dismiss Indictment against Shawna Leane Jones Pursuant to 18 U.S.C. § 3162(a)(2) is denied as moot.

DATED at Denver, Colorado, on September 9, 2008.

                                            BY THE COURT:


                                            s/ Walker D. Miller
                                            United States District Judge