IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Walker D. Miller

Criminal Action No.     06-cr-00372-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Shawna Jones,

      Defendant.

---

## ORDER EXONERATING BOND

---

This court has granted a government motion to voluntarily dismiss the charges against the

defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter

to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be

released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this   7th   day of  September            , 2010.

BY THE COURT:

By:_____

    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO